PROVIDED TO TOMOKA
CORRECTIONAL INSTITUTION
ON 7-16-21
FOR MAILING BY aa Lw

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

FILED BY PG D.C.

JUL 20 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Lemane, Deon Williams**
(Enter the full name of the plaintiff in this action)

v.

**Terrina Mongue King**

_____

_____

_____

_____

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

060/F7

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

Terrina Mongue King pay a sum of $20,000.00, placing $300.00 twice a week into my inmate (FDOC) account. If Terrina Mongue King has any type of income and refuses to pay, please remove the $300.00 from each income paid, and freeze all accounts till total paid. If Terrina Mongue King still refuses then jail her till debt paid in full!

## VII. Jury Demand

Do you demand a jury trial? ☒ Yes ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

## I. Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: **Deon Williams Lemane**

Inmate #: **M05282**

Address: **Tomoka Correctional Institution 3950 Tiger Bay RD, Daytona Beach FL, 32124**

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: **Jerrina Mongue King**

is employed as **N/A**

at **22485 SW 110TH CT, Miami FL 33170**

C. Additional Defendants: **None**

Page 2 of 5

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

NONE

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

On May 12th, 2020, I have recieved emails from Ms. Terrina King, that was so distrubing, that it caused me a great deal of stress, aggravation, depression, and great heartache. I'm already on medications for Mental Health due to stress. This has caused me sever Mental distress.

Plan to use all phone recordings and emails as proof/facts in case, including abandoment.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this __16__ day of __July__, 20__21__

_Lenarse Williams_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: __July 16, 2021__

_Lenarse Williams_
(Signature of Plaintiff)



Lemane Williams #M05282
Tomoka Correctional Institution
3950 Tiger Bay RD
Daytona Beach, FL 32124

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

Clerk's Office of the United States,
District Court, Southern District of Florida
301 North Miami Ave
Miami, FL 33128-7788